UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal No. 22-CR-200 (APM) |
| **v.** | ) | |
| | ) | |
| **PETER K. NAVARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, hereby informs the Court that Assistant United States Attorney Elizabeth Aloi is entering her appearance in the above captioned matter as counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/Elizabeth Aloi*
Elizabeth Aloi
D.C. Bar No. 1015864
Assistant United States Attorney
Elizabeth.Aloi@usdoj.gov
601 D Street, N.W.
Washington, DC 20530
(202) 252-7212