AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cr-200 |
| Peter K. Navarro | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                                .

Date:      06/03/2022

/s/
*Attorney's signature*

Amanda Vaughn (MD Bar)
*Printed name and bar number*
601 D Street NW
Washington, D.C. 20530

*Address*

amanda.vaughn@usdoj.gov
*E-mail address*

(202) 252-1793
*Telephone number*

*FAX number*