AO 442 (Rev 11/11) Arrest Warrant                                              11431740

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00200 |
| Peter K. Navarro | ) Assigned To: Judge Amit P. Mehta |
| | ) Assign. Date: 6/2/2022 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

RECEIVED JUN 3 '22
U.S. MARSHAL-DC 4M11:2

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Peter K Navarro
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

2 U.S.C. § 192 (Contempt of Congress -Testimony)
2 U.S.C. § 192 (Contempt of Congress – Papers)


Date:     06/02/2022

                                                                Zia M. Faruqui
                                                                2022.06.02 16:36:58
                                                                -04'00'
                                                                *Issuing officer's signature*

City and state:     Washington, DC                  ZIA M. FARUQUI, UNITED STATES MAGISTRATE JUDGE
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/3/22, and the person was arrested on *(date)* 6/3/22
at *(city and state)* Washington DC

Date: 6/3/22

                                                                N. Wolfe
                                                                *Arresting officer's signature*

                                                                Nathan Wolfe  DUSM
                                                                *Printed name and title*