**Jean Claude Douyon**

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Thursday, June 9, 2022 11:10 AM |
| **To:** | Jean Claude Douyon |
| **Subject:** | RE: FW: Activity in Case 1:22-cr-00200-APM USA v. NAVARRO Notice of Hearing |

**CAUTION - EXTERNAL:**

Please be advised I am drafting a response to the request for a protective order and ask the court to await that until any ruling.  I should have it be cob tomorrow.

Sent with Proton Mail secure email.