Leave to file GRANTED
by Judge Amit P. Mehta
6/13/2022

# Jean Claude Douyon

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Monday, June 13, 2022 4:23 PM
**To:** Jean Claude Douyon
**Cc:** elizabeth.aloi@usdoj.gov; amanda.vaughn@usdoj.gov; molly.gaston@usdoj.gov; ECFMail DCD; ▇▇▇▇▇▇
**Subject:** Re: FW: Activity in Case 1:22-cr-00200-APM USA v. NAVARRO Order on Motion for Protective Order

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**CAUTION - EXTERNAL:**

Mr. Douyon,

I indicated to you that I would have a response to the motion for a protective order and am disappointed that the court chose to proceed without that response knowing full well that I am at this point still without legal counsel and was intending a response.

On top of this, the burden of having to file motions in person at the court rather than online as the prosecution is able to do further disadvantages me at a time when time is of the essence.

Please be advised that I am intending to file several additional motions and responses in the next several days, but I reiterate this new premature decision underscores the unfairness of the current situation and its harm to due process.

I strongly object to this decision.

Peter Navarro

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, June 13th, 2022 at 3:52 PM, Jean Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov> wrote:

> Mr. Navarro,
>
> Please find attached an order that was recently filed in 22-cr-200.
>
> Best,
> Jean-Claude