## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:22-cr-00200 (APM) |
| v. | : | |
| | : | |
| **PETER K. NAVARRO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of John P. Rowley III, as counsel for Defendant Peter K. Navarro in the above-referenced matter.

Dated: June 16, 2022                                Respectfully Submitted,

                                                                SECIL Law PLLC

                                                                _____/s/ John P. Rowley III_____
                                                                John P. Rowley III (D.C. Bar No. 392629)
                                                                1701 Pennsylvania Avenue, N.W., Suite 200
                                                                Washington, D.C. 20006
                                                                Telephone: (202) 417-8652
                                                                Email: jrowley@secillaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of June 2022, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system on all properly registered parties and counsel.

                                                  /s/ John P. Rowley III
                                       John P. Rowley III (D.C. Bar No. 392629)