IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:22-cr-00200 (APM) |
| v. : | |
| : | |
| **PETER K. NAVARRO,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

Please enter the appearance of John S. Irving of E&W Law, LLC as counsel for Defendant Peter K. Navarro in the above-referenced matter.

Dated: June 16, 2022

Respectfully Submitted,

E&W Law, LLC

_____/s/ John S. Irving_____
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 16th day of June 2022, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system on all properly registered parties and counsel.

                                                     _____/s/ John S. Irving_____
                                                    John S. Irving (D.C. Bar No. 460068)