IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00200-APM |
| | ) |
| PETER K. NAVARRO, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO MODIFY THE PROTECTIVE ORDER**

Defendant Peter K. Navarro, by and through the undersigned counsel, and pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, hereby brings this Motion to Modify the Protective Order entered by the Court on June 13, 2022 (ECF No. 20). The Court entered the operative Protective Order prior to Mr. Navarro obtaining counsel in this matter so as, "[t]o expedite the flow of discovery material between the parties and adequately protect personal identifying information entitled to be kept confidential," but invited defense counsel to move the Court for any modification of the Protective Order once retained. The operative Protective Order is unduly burdensome to Mr. Navarro and his counsel insofar as it precludes counsel from conferring with the witnesses and other individuals identified in materials designated "Sensitive" under the Protective Order about the information contained within such materials.

Specifically, the Protective Order provides that defense counsel shall not, "without prior notice to the United States and authorization from the Court," disclose "Sensitive Materials, or the information contained therein" to anyone other than "the defendant, defense counsel, persons employed to assist the defense, or the person to whom the sensitive information solely and directly pertains." Protective Order at 3 ¶9 (ECF No. 20). Thus, to the extent that materials designated sensitive include interviews with or about, or transcripts of testimony by or about, a potential

1

witness or otherwise a person with information about this matter, the operative Protective Order precludes such communication.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████████

Other Protective Orders entered by this Court permit the disclosure of information within materials designated "Sensitive" to "the person to whom the Sensitive or Highly Sensitive information solely and directly pertains or his/her counsel" and "without agreement of the United States or prior authorization from the Court." Protective Order, *United States v. Caldwell*, No. 21-cr-28-APM (April 1, 2021) (ECF No. 123). *See also* Protective Order, *United States v. Bannon*,

2

No. 21-cr-670-CJN (Dec. 10, 2021) (ECF No. 20) ("Except as provided in this Order, without prior notice to the United States and authorized from the Court, no Sensitive Materials, or information contained therein, may be disclosed to any person other than the defendant, defense counsel persons employed to assist the defense, *or the person to whom the sensitive information solely and directly pertains*." (emphasis added)); *id.* ("Potential witnesses and their counsel may be shown copies of the Materials as necessary to prepare the defense . . ."). Indeed, Rule 16 only authorizes the Court to restrict the dissemination of discovery in a case "for good cause." █

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

## CONCLUSION

For the foregoing reasons, Mr. Navarro respectfully requests this Court issue an Order authorizing Mr. Navarro, through counsel, to disseminate materials produced in discovery and designated "Sensitive," pursuant to the Court's June 13, 2022, Protective Order, including the information contained within such materials, to the person to whom the sensitive information solely and directly pertains, or their counsel, or to any potential witness identified by defense counsel without the need for agreement by the United States or prior authorization by the Court (See Exhibit A).

Dated: July 14, 2022                                   Respectfully Submitted,

                                                      E&W Law, LLC

                                                     _____/s/ John S. Irving_____
                                                     John S. Irving (D.C. Bar No. 460068)
                                                     1455 Pennsylvania Avenue, N.W., Suite 400
                                                     Washington, D.C. 20004
                                                     Telephone: (301) 807-5670
                                                     Email: john.irving@earthandwatergroup.com


                                                   SECIL LAW PLLC

                                                   _____/s/ John P. Rowley, III_____
                                                   John P. Rowley, III  (D.C. Bar No. 392629)
                                                   1701 Pennsylvania Ave., N.W., Suite 200
                                                   Washington, D.C. 20006
                                                   Telephone: (703) 417-8652
                                                   Email: jrowley@secillaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | **Criminal No. 1:23-cr-00200-APM** |
| v. ) | |
| ) | |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

On July 14, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed under seal via the CM/ECF system and copies were electronically mailed to counsel for the government and Chambers.

                                                                     /s/ John S. Irving
                                                      John S. Irving (D.C. Bar No. 460068)