IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00200-APM |
| | ) |
| PETER K. NAVARRO, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Modify the Protective Order pursuant to Fed. R. Crim. P. 16(d)(1), it is this _____ day of July, 2022, hereby **ORDERED** that Defendant's Motion is **GRANTED**, and the Protective Order is hereby modified to authorize Mr. Navarro, through counsel, to disseminate materials produced in discovery and designated "Sensitive," pursuant to the Protective Order, including the information contained within such materials, to the person to whom the sensitive information solely and directly pertains, or their counsel, or to any potential witness identified by defense counsel without the need for agreement by the United States or prior authorization by the Court.

_____
AMIT P. MEHTA
United States District Judge