

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 11, 2022

**DELIVERY VIA EMAIL**
John P. Rowley III
SECIL Law PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
jrowley@secillaw.com

John S. Irving
E & W Law
1455 Pennsylvania Ave., NW Suite 400
Washington, DC 20004
john.irving@earthandwatergroup.com

Re:  *United States v. Peter K. Navarro,* 22-cr-200 (APM)

Dear Counsel:

  Pursuant to the Protective Order entered by the Court on June 14, 2022, (ECF No. 20), the Government is providing you material related to the above-captioned matter.  The production is being provided via USAFX.  As outlined in the attached discovery log, the production contains materials identified by Bates Nos. US-000950 to US-002664.  The majority of the material (US-000950 to US-002630) was obtained from Google LLC and relates to accounts associated with Mr. Navarro.  Documents deemed "sensitive" consistent with the Protective Order are identified on the log.

  Through this production, the Government has also provided, as a courtesy, material that is not discoverable under Rule 16; the Jencks Act; or *Brady*, *Giglio*, and their progeny.  The fact that certain non-discoverable materials are provided in no way obligates the government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should not be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

We also write in response to your letter of June 27, 2022, making certain discovery requests. Regarding your request, Topics A (Statements of the Defendant), B (Mr. Navarro's Prior Record), C (Documents and Tangible Objects), D (Reports of Investigation), and G (*Brady* Materials), we have already provided you with any discoverable material that is in the possession, custody, or control of the prosecution team. Regarding Topics E (Expert Notice and Disclosure), F (Other Crimes Evidence), and H (Evidence of Uncharged Conduct), the prosecution team does not presently have any responsive material under our custody or control. Should this change, we will make all disclosures necessary to comply with our discovery obligations.

As trial preparations commence, we will update our disclosures to provide any Jencks material, to the extent it exists and has not already been provided, as sought in Topic I. We understand our obligations under Rule 16, the Jencks Act, and *Brady*, *Giglio*, and their progeny, and will continue to comply with them should additional discoverable material come into the prosecution team's possession, custody, or control.

By this letter, the government also reiterates its request for reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

If you have any questions, please feel free to contact us.

            Sincerely,

            MATTHEW M. GRAVES
            United States Attorney
            D.C. Bar No. 481052

By:  */s/Elizabeth Aloi*
    Molly Gaston
    Amanda R. Vaughn
    Elizabeth Aloi
    Assistant United States Attorneys
    United States Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-1793 (Vaughn)
    amanda.vaughn@usdoj.gov

Attachments