**From:** Vaughn, Amanda (USADC)
**Sent:** Wednesday, July 27, 2022 10:33 AM
**To:** John Rowley; Aloi, Elizabeth (USADC)
**Cc:** Gaston, Molly (USADC); John Irving; jrowley@secillaw.com; jrowley@secillaw.com
**Subject:** RE: [EXTERNAL] US v. Navarro (Discovery letter - 7.20.22)

John,

Thank you for your letter.  We do not have any correspondence between the White House, the Select Committee, and the Department of Justice that is responsive to your request and we are not aware of any.

Because we do not believe that we have any additional discoverable material to provide, we think we're probably at the point that, if there are additional materials you believe may exist and to which you believe you are entitled in discovery, we should proceed to whatever motions you deem appropriate.  At the last status, Judge Mehta indicated that we should let him know this week where the parties stood on discovery.  With your consent, we can email chambers to let the Court know that the Government has provided all materials it believes are discoverable and in the prosecution team's possession, custody, or control and that Mr. Navarro anticipates filing appropriate motions.

Amanda

Amanda R. Vaughn
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights
601 D Street NW
Washington, D.C. 20530
(202) 252-1793 (office)
(202) 834-3592 (cell)
amanda.vaughn@usdoj.gov

**From:** John Rowley <john.rowley@jprowleylaw.com>
**Sent:** Tuesday, July 26, 2022 10:57 PM
**To:** Aloi, Elizabeth (USADC) <EAloi@usa.doj.gov>; Vaughn, Amanda (USADC) <AVaughn@usa.doj.gov>
**Cc:** Gaston, Molly (USADC) <MGaston2@usa.doj.gov>; 'John Irving' <john.irving@earthandwatergroup.com>; jrowley@secillaw.com; jrowley@secillaw.com
**Subject:** RE: [EXTERNAL] US v. Navarro (Discovery letter - 7.20.22)

Ms. Aloi et al –

Please see the attached letter, which replies to your letter of July 22.

Thanks,
John

**From:** Aloi, Elizabeth (USADC) <Elizabeth.Aloi@usdoj.gov>
**Sent:** Friday, July 22, 2022 2:02 PM
**To:** John Rowley <john.rowley@jprowleylaw.com>; Vaughn, Amanda (USADC) <Amanda.Vaughn@usdoj.gov>
**Cc:** Gaston, Molly (USADC) <Molly.Gaston@usdoj.gov>; 'John Irving' <john.irving@earthandwatergroup.com>; jrowley@secillaw.com
**Subject:** RE: [EXTERNAL] US v. Navarro (Discovery letter - 7.20.22)

Counsel,

Please see attached.

Liz Aloi
Assistant United States Attorney
(202) 252-7212

**From:** John Rowley <john.rowley@jprowleylaw.com>
**Sent:** Wednesday, July 20, 2022 6:03 PM
**To:** Vaughn, Amanda (USADC) <AVaughn@usa.doj.gov>
**Cc:** Gaston, Molly (USADC) <MGaston2@usa.doj.gov>; Aloi, Elizabeth (USADC) <EAloi@usa.doj.gov>; 'John Irving' <john.irving@earthandwatergroup.com>; jrowley@secillaw.com
**Subject:** [EXTERNAL] US v. Navarro (Discovery letter - 7.20.22)

Amanda et al –

Attached, in accordance with Judge Mehta's instructions last Friday, is a letter particularizing Mr. Navarro's requests for discovery.

Please let us know when you are available to discuss this.

Thanks,

John P. Rowley III
Partner
**SECIL Law PLLC**
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006
T: +1.202.417.8652
E: jrowley@secillaw.com

This e-mail message and any included attachments are from a law firm and may include confidential and legally privileged or otherwise legally protected information that is intended solely for the recipient of this e-mail. Improperly retaining, disclosing, or using this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. If you are not the intended recipient, please telephone or email the sender immediately and delete this message and any attachments from your system.