# Exhibit One Discovey Index (Sealed)