| | |
|---|---|
| **From:** | George, Dan |
| **To:** | pknavarro |
| **Subject:** | RE: U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol |
| **Date:** | Thursday, February 24, 2022 4:06:00 PM |

Mr. Navarro –

I'm following up on the Select Committee's subpoena to you.

The subpoena required you to produce documents to the Select Committee by yesterday, February 23, 2022. We have not received any documents or an indication that you have no documents that are responsive to the subpoena's document schedule.

Also, the date for your deposition is Wednesday, March 2, 2022, at 10:00 AM, and we will convene in a room in the House office buildings. Please contact me at your earliest convenience to discuss the details. Alternatively, please let me know if you do not plan to appear on March 2.

Thank you,
Dan


Daniel George

Senior Investigative Counsel

Select Committee to Investigate the January 6th Attack

on the United States Capitol

U.S. House of Representatives

---

**From:** George, Dan
**Sent:** Wednesday, February 9, 2022 4:21 PM
**To:** pknavarro <pknavarro@protonmail.com>
**Subject:** RE: U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol

Mr. Navarro –

As promised, attached is a subpoena from the Select Committee, issued today.

Please let me know if you have any questions or would like to discuss.

Thanks,
Dan

Daniel George

Senior Investigative Counsel

Select Committee to Investigate the January 6th Attack

**Sel. Comm. 0001**

US-000497

on the United States Capitol
U.S. House of Representatives

---

**From:** George, Dan
**Sent:** Wednesday, February 9, 2022 2:20 PM
**To:** pknavarro <pknavarro@protonmail.com>
**Subject:** RE: U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol

Thank you for the quick response. I'll send you the subpoena shortly at this email address and please let me know if you'd prefer service another way.

Thanks again,
Dan

---

**From:** pknavarro <pknavarro@protonmail.com>
**Sent:** Wednesday, February 9, 2022 2:19 PM
**To:** George, Dan <Dan.George@mail.house.gov>
**Subject:** Re: U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol

yes. no counsel.
Executive privilege

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, February 9th, 2022 at 2:16 PM, George, Dan <Dan.George@mail.house.gov> wrote:

> Mr. Navarro –
>
> I am a Senior Investigative Counsel for the U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol. The Select Committee is seeking your deposition testimony and documents relevant to issues it is examining. Please confirm whether you are willing to accept service of a subpoena over email. If you are represented by counsel, please let me know his or her name and contact information and we will reach out as soon as possible.
>
> Thank you,
> Dan
>
> Daniel George
> Senior Investigative Counsel
> Select Committee to Investigate the January 6th Attack
> on the United States Capitol
> U.S. House of Representatives

**Sel. Comm. 0002**

US-000498