## Letter

|               |                                              |
|---------------|----------------------------------------------|
| **To:**       | pknavarro@protonmail.com                     |
| **Date:**     | Mon, 28 Feb 2022 16:54:09 -0500              |
| **Attachments:** | Navarro Letter 022822 as sent.pdf (122.43 kB) |

Dear Mr. Navarro:  Please see the attached letter.  Many thanks.

Jonathan C. Su
Deputy Counsel to the President
The White House

WHCO-NAVARRO-000001

US-000944



**THE WHITE HOUSE**

WASHINGTON

February 28, 2022

Peter K. Navarro
pknavarro@protonmail.com

Dear Mr. Navarro:

    I write regarding a subpoena issued to you by the Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Select Committee").

    As you are aware, in light of unique and extraordinary nature of the matters under investigation, President Biden has determined that an assertion of executive privilege is not in the national interest, and therefore is not justified, with respect to particular subjects within the purview of the Select Committee. These subjects include: events within the White House on or about January 6, 2021; attempts to use the Department of Justice to advance a false narrative that the 2020 election was tainted by widespread fraud; and other efforts to alter election results or obstruct the transfer of power. President Biden accordingly has decided not to assert executive privilege as your testimony regarding those subjects, or any documents you may possess that bear on them. For the same reasons underlying his decision on executive privilege, President Biden has determined that he will not assert immunity to preclude you from testifying before the Select Committee.

    In light of President Biden's determination not to assert executive privilege with respect your testimony, we are not requesting that agency counsel be permitted to attend the deposition. Should you have any questions about the issues addressed in this letter, please contact me at (202) 456-1414.

    Sincerely,

    Jonathan C. Su
    Deputy Counsel to the President

cc:    Kristin L. Amerling
       Chief Counsel and Deputy Staff Director
       Select Committee to Investigate the January 6th Attack on the United States Capitol