# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **PETER K. NAVARRO**, <br><br> Defendant. | ) <br> ) <br> ) Criminal No. 1:22-cr-00200-APM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Stanley E. Woodward, Jr. of Brand Woodward Law, LP enters his appearance as counsel for Defendant, Dr. Peter K. Navarro.

Dated: August 31, 2022           Respectfully submitted,

             /s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Peter K. Navarro*

## CERTIFICATE OF SERVICE

On August 31, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

Dated: August 31, 2022

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Peter K. Navarro*