Let this be filed.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PETER K. NAVARRO, ) <br> ) <br> *Defendant*. ) <br> ) <br> ) | Criminal No. 1:22-cr-00200-APM |

### [PROPOSED] ORDER GRANTING THE UNITED STATES HOUSE OF REPRESENTATIVES' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

UPON CONSIDERATION of the United States House of Representatives' Motion for Leave to File Amicus Curiae Brief, it is hereby

**ORDERED** that the Motion is **GRANTED**.

The House Amicus Curiae Brief shall be filed by September 2, 2022 and docketed by the Clerk of the Court.

**SO ORDERED.**

Dated: _____                      _____
                                       The Honorable Amit P. Mehta
                                       UNITED STATES DISTRICT JUDGE