IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER K. NAVARRO,<br><br>*Defendant*. | Criminal No. 1:22-cr-00200-APM |

**MOTION TO APPEAR AS COUNSEL**

I, Douglas N. Letter, hereby enter my appearance as counsel of record in the above-captioned matter for *amicus curiae* the United States House of Representatives. Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
  *General Counsel*
Office of General Counsel
U.S. House of Representatives[*]
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Amicus Curiae the U.S. House of Representatives*

September 9, 2022

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, I caused the foregoing Motion to Appear as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
