## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 22-cr-200** |
| v. : | |
| : | |
| **PETER K. NAVARRO** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Raymond Hulser. AUSA Hulser will be substituting for AUSA Molly Gaston.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */S/ Raymond Hulser*
        Elizabeth Aloi (D.C. 1015864)
        Amanda Vaughn (MD)
        Raymond Hulser (MA 551350)
        Assistant United States Attorneys
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7726 (Hulser)
        raymond.hulser2@usdoj.gov