UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 22-cr-200 (APM) |
| v. | : | |
| | : | |
| PETER K. NAVARRO, | : | |
| | : | |
| Defendant. | | |

## Government's Witness List

The Government's potential witnesses for its case-in-chief are below. The Government respectfully reserves the right to call additional witnesses as necessary in any rebuttal to the Defendant's case-in-chief.

1. Kristin Amerling, Director and General Counsel of the Select Committee to Investigate the January 6th Attack on the United States Capitol ("the Committee")

2. Marc Harris, Senior Investigative Counsel to the Committee

3. Daniel George, Senior Investigative Counsel to the Committee