UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : |  |
|---|---|---|
|  | : |  |
| v. | : |  |
|  | : | Crim. No. 22-cr-200 (APM) |
| PETER K. NAVARRO, | : |  |
|  | : |  |
| Defendant. | : |  |

**Government Exhibits**

| Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Ex. Sent to Jury (date/time) |
|---|---|---|---|---|---|
| 1 | House Resolution 503 | | | | |
| 2 | February 9, 2022, Subpoena to Peter Navarro with attachments | | | | |
| 3 | Executed Proof of Service | | | | |
| 4 | February 9, 2022, and February 24, 2022, emails between Daniel George and Peter Navarro | | | | |
| 5 | February 27, 2022, emails between Daniel George and Peter Navarro | | | | |
| 6 | February 28, 2022, and March 1, 2022, emails between Daniel George and Peter Navarro | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | March 2, 2022, Transcript of Deposition Before the Select Committee | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |