IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No. 1:22-cr-00200-APM |
| v. | ) ) |  |
| PETER K. NAVARRO, | ) ) |  |
| Defendant. | ) ) |  |

### DEFENDANT'S NOTICE OF REVISED EXHIBIT LIST

Defendant Peter K. Navarro, by and through the undersigned counsel, hereby provides notice of his revised Exhibit List (Att. A), along with a redline version (Att. B).

Dated: January 21, 2023

Respectfully Submitted,

E&W Law, LLC

_____/s/ John S. Irving_____
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com

SECIL LAW PLLC

_____/s/ John P. Rowley, III_____
John P. Rowley, III  (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (703) 417-8652
Email: jrowley@secillaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | **Criminal No. 1:23-cr-00200-APM** |
| v.  ) | |
| ) | |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

On January 21, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed via the CM/ECF system. A copy was electronically mailed to counsel for the government with the exhibits referenced herein.

                                                     /s/ John S. Irving
                                            John S. Irving (D.C. Bar No. 460068)