**Attachment B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )| |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Criminal No. 1:22-cr-00200-APM** |
| v. | ) | |
| | ) | |
| **PETER K. NAVARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S EXHIBIT LIST

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
|---|---|---|---|---|---|
| 1 | 11/20/2021 DJT public statement directing PKN to assert executive privilege | | | | |
| 2 | 12/07/2021 Letter from PKN to Chairman Clyburn (Coronavirus Subcommittee) asserting executive privilege | | | | |
| 3 | 12/14/2021 Email from PKN to Liz Harrington: "This my response to the Committee; holding fast" | | | | |
| 4 | 12/15/2021 Letter from PKN to Chairman Clyburn (again) asserting executive privilege | | | | |
| 5 | 02/09/2022 Select Committee subpoena: [Longworth & Capitol Building] | | | | |
| 6 | 02/09/2022 Email from PKN to Dan George: "yes. No counsel. Executive privilege" | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| 7 | 02/09/2022 Email from PKN to Elizabeth Harrington: "Please share this [draft Public Statement] with the Boss" (REL 9386) | | | | |
| 8 | 02/09/2022 Public Statement by PKN: "Not my privilege to waive" | | | | |
| 9 | 02/27/2022 Email from PKN to Dan George: "Trump has invoked executive privilege; it is neither my privilege or Joe Biden's to waive" | | | | |
| 10 | 02/28/2022 Jonathan Su letter to PKN, with cc to Kristin Amerling | | | | |
| 11 | 02/28/2022 Email from PKN to Jonathan Su: Biden is not the president I worked for. Donald Trump is… Executive privilege" | | | | |
| 12 | 02/28~~03/03~~/2022 Email from PKN to the Committee: "It is incumbent on the Committee to negotiate with POTUS" | | | | |
| 13 | 05/23/2022 Email from Joanna Miller to PKN (REL 10295) re edits to Complaint for Declaratory Relief (REL 10295.0001) | | | | |
| 14 | 05/23/2022 Text messages with Liz Harrington | | | | |
| 15 | 06/01/2022 Letter from PKN to USAO re Grand Jury subpoena and executive privilege | | | | |
| 16 | 05/30~~06/01~~/2022 Email from PKN to Liz Harrington: "Lawsuit drops tomorrow; share with POTUS" | | | | |
| 17 | 06/01/2022 PKN Civil Complaint | | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| 18<s>0</s> | Verizon toll records for the period from November 2021 through June 2022 | | | | |
| 19<s>8</s> | Any materials in the Government's possession whether or not produced in discovery or on its Exhibit List | | | | |
| 20 | NPR Article 09/23/2021 "Jan 6 Panel Subpoenas Former Trump Officials Including Mark Meadows, Steve Bannon" | | | | |
| 21 | The Hill Article 11/20/2021 "Trump tells Navarro to 'protect executive privilege' in House COVID-19 probe" | | | | |
| 22 | 03/28/2022 text messages between PKN and Liz Harrington re Statement of Peter Navarro | | | | |
| 23 | 06/09/2022 email from PKN to Christina Bobb re draft statement for President Trump (and Att.) | | | | |
| 24 | 06/09/2022 email from Christina Bobb to Molly Michael re Discussion with POTUS this Morning (and att.) | | | | |
| 25 | 06/09/2022 email from PKN to Christina Bobb re POTUS statement | | | | |

3