UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 22-cr-200 |
| v. : | |
| : | |
| PETER K. NAVARRO, : | |
| : | |
| Defendant. : | |

## ORDER GRANTING UNITED STATES' MOTION IN LIMINE

This matter comes before the Court on the Government's motion in limine to exclude from trial proposed defense exhibits consistent with the Court's January 19, 2023, Order. Because the proposed defense trial exhibits the government has moved to exclude contain hearsay and relate to defenses that are unavailable to the Defendant, the Government's motion is hereby GRANTED.

Defendant Navarro may not offer proposed defense exhibits 1 through 4, 7, 8, 10, 11, 13 through 16, 18, 20 through 25 at trial.

IT IS SO ORDERED THIS _____ DAY OF _____, 2023.

_____
THE HONORABLE AMIT P. MEHTA
DISTRICT COURT JUDGE