# EXHIBIT A



A Limited Liability Company
400 East Pratt Street – Suite 900
Baltimore, Maryland 21202
Telephone 410.385.2225
Facsimile 410.547.2432
silvermanthompson.com

Baltimore | Towson | New York | Washington, DC

Writer's Direct Contact:
Evan Corcoran
410-385-2225
ecorcoran@silvermanthompson.com

January 23, 2023

*Via Electronic Mail*

Peter K. Navarro
c/o Stanley Woodward, Jr., Esq.
Brand Woodward Law
Washington, D.C. 20005

Re:   *United States v. Peter K. Navarro*, Crim No. 22-200 (APM)

Dear Mr. Navarro:

I represent President Donald J. Trump.

It is our understanding that you received a subpoena from the January 6th Committee seeking records and testimony. Our understanding is that the information sought by the subpoena included information which is protected from disclosure by the executive and other privileges, including but not limited to the presidential communications, deliberative process, and attorney-client privileges. President Trump consistently asserts and defends these privileges – which must be preserved so that a President may perform his constitutionally-based duties.

President Trump has requested that I communicate with you regarding this matter, as follows:

During President Trump's administration, you served for four years as a close senior aide and advisor, most recently as the Assistant to the President, Director of Trade and Manufacturing Policy, and National Defense Production Act Policy Coordinator and, prior to that, as Deputy Assistant to the President and Director of the White House Trade Council. As a senior Presidential aide and advisor, you and President Trump regularly discussed matters of critical importance to the Nation and the Office of the President. The discussions pertained to trade and manufacturing policy and a wide variety of other subjects, including topics that are important to the security of this country.

It is critical to the functioning of the Office of the President that your communications with President Trump remain confidential. Such confidentiality ensures that President Trump could obtain your candid counsel and advice without concern about the possibility of disclosure to third parties. President Trump considers the conversations and correspondence you had with him, like those he had with his other senior aides, to be protected against disclosure by executive privilege.

A President's expectation of confidentiality in the communications he has with senior aides is protected by the United States Constitution from intrusions by Congress and other third parties. This requirement of confidentiality, known as executive privilege, is in the public interest and is vital to the institution of the Presidency and the functioning of the Executive Branch.

In addition to executive privilege, the Department of Justice's Office of Legal Counsel has recognized for more than 50 years, under administrations from both political parties, that a President and his senior advisors have immunity from subpoenas issued by Congress or any of its committees.

Accordingly, this confirms President Trump's position that, as one of his senior advisors, you had an obligation to assert executive privilege on his behalf and fully comply with the principles of confidentiality stated above when you responded to the Committee's subpoena.[1]

        With best regards,

        *[signature]*

        M. Evan Corcoran

cc:  Stanley Woodward, Jr. (*via electronic mail*)

---

[1] *See Comm. on the Judiciary, U.S. House of Representatives v. McGahn*, 415 F. Supp. 3d 148, 213 n. 34 (D.D.C. 2019 (acknowledging the "legal duty on the part of the aide to invoke [executive] privilege on the President's behalf").