IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                             )<br>)<br>PETER K. NAVARRO,                  )<br>)<br>Defendant.                               )<br>) | Criminal No. 1:22-cr-00200-APM |

### [PROPOSED] ORDER

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

_____
The Honorable Amit P. Mehta
United States District Court Judge