UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | **CRIMINAL NO. 22-cr-200 (APM)** |
| v. | : | |
| | : | |
| **PETER K. NAVARRO,** | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE BRIEFING DEADLINE

The United States respectfully asks the Court, for good cause shown, to continue for two weeks the February 28, 2023, deadline for the Government to file its brief in response to the Court's, January 27, 2023, Order. The Government has consulted with counsel to the Defendant, who does not oppose the request, nor does the Government object to a two week shift in the dates for the Defendant to respond to the Government's filing.

The Government submits that there is good cause for the requested continuance. The Court has inquired as to the Justice Department's position on testimonial immunity under certain circumstances, including as it relates to an invocation of executive privilege by a former President over information compelled by subpoena from a former presidential advisor. A two-week continuance is necessary for the undersigned to continue consultations with the Justice Department stakeholders whose input is necessary to address the matters raised by the Court. For this reason, the Government respectfully asks that a continuance be granted.

        Respectfully submitted,

        MATTHEW M. GRAVES  
        United States Attorney  
        D.C. Bar No. 481052

By:    */s/Elizabeth Aloi*  
        John D. Crabb  
        Elizabeth Aloi (D.C. 1015864)  
        Assistant United States Attorneys  
        United States Attorney's Office  
        601 D Street, N.W.  
        Washington, D.C. 20530  
        (202) 252-7212 (Aloi)  
        elizabeth.aloi@usdoj.gov