UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | **CRIMINAL NO. 22-cr-200 (APM)** |
| v. | : | |
| | : | |
| **PETER K. NAVARRO,** | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO CONTINUE BRIEFING DEADLINE

This matter comes before the Court on the United States' unopposed motion to continue the forthcoming February 28, 2023, deadline to file its brief in response to the Court's January 27, 2023, Order. For good cause shown, the United States' motion is granted.

Government's brief is now due on March 14, 2023. Defendant's opposition brief is due on April 4, 2023. Government's reply brief is due on April 14, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE