# Dr. Peter Navarro Releases Report on 2020 Election

NEWS PROVIDED BY
**Dr. Peter Navarro** →
Dec 17, 2020, 09:04 ET

WASHINGTON, Dec. 17, 2020 /PRNewswire/ -- Today, Dr. Peter K. Navarro released a new report which provides a comprehensive, objective assessment of the fairness and integrity of the 2020 election, obtained through evidence including more than 50 lawsuits around the nation, thousands of affidavits and testimonies, published analyses, media reports, and more.

Dr. Navarro will be hosting a press briefing call today at 1:00 PM EST in his capacity as a private citizen to discuss his findings.

**REGISTER:** https://register.gotowebinar.com/#register/5389121415303379470

**PRESS CONTACT: navarroreport@protonmail.com**

SOURCE Dr. Peter Navarro