**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Criminal No. 1:22-cr-00200-APM** |
| **v.** | ) | |
| | ) | |
| **PETER K. NAVARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND BRIEFING RESPONSE DATE**

Defendant Peter K. Navarro, by and through counsel, respectfully requests, for good cause shown, that this Court grant a two-week extension to April 18, 2023 (from April 4, 2023) of the date for his response to the Government's brief on executive privilege and testimonial immunity, which it filed on March 14, 2023. Counsel for Defendant has consulted with counsel for the Government, and the Government does not oppose this request.

Defendant submits that there is good cause for this request for extension. At the Court's direction, the Government's brief addresses its position concerning important constitutional issues, including the separation of powers between the Executive and Legislative Branches, that will materially affect future proceedings in this case. The Government has had more than six weeks from the Pretrial Conference on January 27, 2023, to consult with Justice Department officials about its position, and prepare its brief. An extension to April 18, 2023, of the date for Defendant's response would provide him with five weeks to evaluate the Government's brief and fully address the issues raised therein.

WHEREFORE, Defendant Peter K. Navarro respectfully requests that the Court grant this Motion and extend to April 18, 2023, the date for the filing of his response to the Government's brief.

Dated: March 30, 2023              Respectfully Submitted,

E&W Law, LLC

   /s/ John S. Irving
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com


SECIL LAW PLLC

   /s/ John P. Rowley, III
John P. Rowley, III  (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (703) 417-8652
Email: jrowley@secillaw.com


BRAND WOODWARD LAW, LP


   */s/ Stanley E. Woodward, Jr.*
Stan M. Brand (D.C. Bar No. 213082)
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel to Defendant Peter K. Navarro*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>) <br><br>v. )<br><br>) <br><br>**PETER K. NAVARRO,** )<br><br>) <br><br>**Defendant.** )<br><br>) | **Criminal No. 1:23-cr-00200-APM** |

## <u>CERTIFICATE OF SERVICE</u>

On March 30, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed under seal via the CM/ECF system and copies were electronically mailed to Chambers and counsel for the Government.


  /s/ John P. Rowley III
John P. Rowley III (D.C. Bar No. No. 392629)