IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) Criminal No. 1:22-cr-00200-APM |
| v. | ) |
| | ) |
| **PETER K. NAVARRO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND BRIEFING DATE

This Matter comes before the Court on Defendant's unopposed Motion to extend the April 4, 2023, date to file his brief in response to the Government's brief on executive privilege and testimonial immunity. For good cause shown, Defendant's Motion is hereby granted.

Defendant's brief in response is now due on April 18, 2023. Government's reply brief is due on April 28, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
Amit P. Mehta
United States District Judge