UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | CRIMINAL NO. 22-cr-200 (APM) |
| v. | : | |
| | : | |
| **PETER K. NAVARRO,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL R. 12.3 NOTICE**

The defendant has filed a supplemental notice of a public authority defense and entrapment by estoppel defense under Fed. R. Crim P. 12.3 [ECF # 92].

Consistent with Fed. R. Crim. P. 12.3, the government requests that "the defendant disclose the name, address, and telephone number of each witness the defendant intends to rely on to establish [entrapment be estoppel]," and reminds the defendant that he has a continuing obligation to disclose such information." Fed. R. Crim. P. 12.3(a)(4)(A) and (b)(1).

The government continues to deny that the defendant exercised public authority when he willfully defied the subpoena that the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol ("the Committee") issued to him and incorporates its prior response to the defendant's 12.3 notice herein. *See* ECF # 47.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/Elizabeth Aloi*
                John Crabb
                Elizabeth Aloi (D.C. Bar No. 1015864)
                Assistant United States Attorneys
                United States Attorney's Office
                601 D Street, N.W.
                Washington, D.C. 20530
                (202) 252-7212 (Aloi)
                elizabeth.aloi@usdoj.gov