# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) **Criminal No. 1:22-cr-00200-APM** |
| v. | ) |
| **PETER K. NAVARRO,** | ) <br> ) |
| Defendant. | ) <br> ) |

### [PROPOSED] ORDER

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

The Honorable Amit P. Mehta <br>
United States District Court Judge