| | |
|---|---|
| **From:** | ███████ |
| **To:** | Aloi, Elizabeth (USADC); jrowley@secillaw.com; "Stan Brand"; "John Irving"; stanley@brandwoodwardlaw.com; Crabb, John D. (USADC) |
| **Subject:** | US v. Navarro (22-cr-200) Trial Date |
| **Date:** | Monday, May 1, 2023 6:48:16 PM |

All,

Are the parties available the week of August 7, 2023, for trial?  The trial would need to conclude by August 11, ███████████████████████████████████████ .

Best,

████