# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00200-APM |
| | ) |
| **PETER K. NAVARRO,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE REGARDING WAIVER OF APPEARANCE

Dr. Peter K. Navarro, through counsel, hereby gives notice that he waives his appearance for the August 11, 2023, scheduling hearing.

Dated: August 10, 2023

Respectfully Submitted,

　/s/ Stanley E. Woodward　
Stan M. Brand (D.C. Bar No. 213082)
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest Suite 350
Washington, D.C. 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel to Dr. Peter K. Navarro*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2023, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Respectfully submitted,

  /s/ Stanley E. Woodward
Stan M. Brand (D.C. Bar No. 213082)
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, D.C.  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel to Dr. Peter K. Navarro*