IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Criminal No. 1:22-cr-00200-APM ) ) |
| PETER K. NAVARRO, | ) ) |
| Defendant. | ) ) ) |

## MOTION FOR RECONSIDERATION

Defendant Peter K. Navarro, by and through his undersigned counsel, respectfully requests the Court reconsider its Order denying Dr. Navarro's Motion to Continue the Evidentiary Hearing set for Monday, August 28, 2023, stating in support thereof as follows:

1. The Court has scheduled an evidentiary hearing in this matter for Monday, August 28, 2023, with trial to begin on September 5, 2023. At the hearing, the Court will consider evidence offered by Dr. Navarro in support of his assertion that former President Donald J. Trump instructed him to invoke executive privilege in response to the subpoena the January 6th Committee served on February 9, 2022.

2. Upon receiving confirmation of the date of the hearing from the Court, counsel for Dr. Navarro issued subpoenas to several witnesses, including Elizabeth Harrington. Counsel for Dr. Navarro has made good-faith attempts to arrange for an evidentiary stipulation that would make unnecessary the in-person appearances of Ms. Harringotn at the hearing. The Government has refused to cooperate with those efforts, as described below, and has unfairly prejudiced Dr. Navarro's ability to offer evidence at the hearing. Dr. Navarro accordingly requests the Court reconsider its Order denying Dr. Navarro's prior motion to continue the hearing.

<"

3.     Ms. Harrington first met Dr. Navarro in 2021 while she was working as spokesperson for the Save America Political Action Committee. She held that position until November 15, 2022, when she became a spokesperson for the Donald J. Trump for President 2024 campaign. Ms. Harrington's testimony will corroborate other evidence that President Trump instructed Dr. Navarro to assert executive privilege in response to the J6 Committee's subpoena.

4.     On July 26, 2023, counsel for Dr. Navarro learned from Ms. Harrington for the first time that her due date for the birth of her second child was August 29, 2023 – one day after the date of the evidentiary hearing. Although Ms. Harrington stated that she would try to attend the hearing, she was, of course, unable to say whether her medical condition and/or responsibilities to her new baby would allow her to appear at the hearing or for the trial, as currently scheduled.

5.     On August 7, 2023, counsel for Dr. Navarro filed a Motion for Continuance of Evidentiary Hearing and Trial requesting that the Court continue for a reasonable time the hearing and trial so that Ms. Harrington could testify as a defense witness.

6.     On Friday, August 11, 2023, the Court held a hearing by videoconference. After considering the arguments of counsel, the Court denied the Motion but suggested that Ms. Harrington's testimony might be obtained by Rule 15, Fed. R. Crim. P., deposition and offered as evidence at the hearing.

7.     The following day, Saturday, August 12, 2023, counsel for Dr. Navarro telephoned Ms. Harrington to tell her about the Court's ruling and asked whether she would agree to provide a deposition that we would offer as evidence in lieu of her in-person testimony. Ms. Harrington stated that she was concerned that the stress of a deposition could have consequences to her health, and that of her baby, since she was in the final stages of her pregnancy. She also said that she thought it possible that her baby would arrive early, before her August 29, 2023, due date. Ms.

Harrington planned to have her baby at home and stated that she would consult about the request with her nurse practitioner.

8. Counsel for Dr. Navarro had several additional conversations with Ms. Harrington and asked that she provide a note from her nurse practitioner concerning whether, in her nurse's opinion, a deposition would subject Ms. Harrington to unsafe stress. In response, on August 18, 2023, Ms. Harrington emailed a note from her nurse practitioner (dated August 15, 2023) to Dr. Navarro's counsel which stated, in pertinent part, that "out of concern for the welfare of mother and baby, I recommend she does not testify in federal court until after the baby is born and she has time to recover." A copy of the note is attached as *Exhibit 1*.

9. On Sunday, August 20, 2023, Ms. Harrington gave birth to a baby boy. Thankfully, mother and baby are doing well, but the pregnancy and birth have made it impossible for Dr. Navarro's counsel to arrange a pre-hearing deposition for Ms. Harrington's testimony.

10. In an effort to find a work-around that would allow the Court to consider Ms. Harrington's testimony at the evidentiary hearing, counsel for Dr. Navarro helped her prepare a proposed Stipulation which they forwarded by email to Government counsel on the evening on Tuesday, August 22, 2023. Copies of the Stipulation and counsel's email to the Government are respectively attached as *Exhibit 2-A & 2-B*.

11. On Wednesday, August 23, 2023, Government counsel acknowledged receipt for the proposed Stipulation and said that they would discuss the matter and respond "as soon as feasible." A copy of the Government's email is attached as *Exhibit 3*.

12. On Friday, August 25, 2023, at 3:22 pm, Government counsel advised counsel for Dr. Navarro that they would not agree to the "truth or relevance" of the Stipulation but would not object to the submission of Ms. Harrington's testimony "as an affidavit under penalty of

perjury" and "reserve[d] the right to flag for the Court statements from Ms. Harrington's grand jury testimony." Government counsel provided no reason for their suggestion that the proposed Stipulation was inaccurate or conflicted with Ms. Harrington's grand jury testimony. A copy of the Government's email is attached as *Exhibit D*. Counsel for Ms. Harrington has rightly expressed concern with the Government's representation.

13. The Government's refusal to agree to the proposed Stipulation – and it's notice to Dr. Navarro at 3:22 pm on the Friday before the evidentiary hearing scheduled for Monday has unfairly prejudiced Dr. Navarro's ability to present the evidence he needs for the hearing.

WHEREFORE, Defendant Peter K. Navarro respectfully requests that the Court continue for a reasonable time the currently scheduled dates of the evidentiary hearing and the trial.

[SIGNATURE ON NEXT PAGE]

Dated: August 25, 2023                    Respectfully Submitted,


                                         E&W Law, LLC

                                         /s/ John S. Irving
                                        John S. Irving (D.C. Bar No. 460068)
                                        1455 Pennsylvania Avenue, N.W., Suite 400
                                        Washington, D.C. 20004
                                        Telephone: (301) 807-5670
                                        Email: john.irving@earthandwatergroup.com


                                         SECIL LAW PLLC

                                         /s/ John P. Rowley, III
                                        John P. Rowley, III  (D.C. Bar No. 392629)
                                        1701 Pennsylvania Ave., N.W., Suite 200
                                        Washington, D.C. 20006
                                        Telephone: (202) 417-8652
                                        Email: jrowley@secillaw.com
                                        BRAND WOODWARD LAW, LP

                                         /s/ Stanley E. Woodward
                                        Stan M. Brand (D.C. Bar No. 213082)
                                        Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                        1808 Park Road N.W.
                                        Washington, D.C.  20010
                                        202-996-7447 (telephone)
                                        202-996-0113 (facsimile)
                                        Stanley@BrandWoodwardLaw.com

                                        *Counsel to Dr. Peter K. Navarro*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | **Criminal No. 1:22-cr-00200-APM** |
| v.  ) | |
| ) | |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2023, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

        Respectfully submitted,

        __/s/ Stanley E. Woodward_____
        Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
        1808 Park Road N.W.
        Washington, D.C.  20010
        202-996-7447 (telephone)
        202-996-0113 (facsimile)
        Stanley@BrandWoodwardLaw.com

        *Counsel to Dr. Peter K. Navarro*