# EXHIBIT 3

| | |
|---|---|
| **From:** | Aloi, Elizabeth (USADC) |
| **To:** | John Rowley; Crabb, John D. (USADC) |
| **Cc:** | "Stan Brand"; stanley@brandwoodwardlaw.com; john.irving@earthandwatergroup.com; jrowley@secillaw.com |
| **Subject:** | Re: [EXTERNAL] USA v. Navarro (Proposed Stipulation for Elizabeth Harrington"s Testimony) |
| **Date:** | Wednesday, August 23, 2023 7:38:19 AM |
| **Attachments:** | image001.png |

Good morning,

Received.  John Crabb is in trial, but we will discuss and get back to you as soon as feasible.

Liz

Get Outlook for iOS

---

**From:** John Rowley <jrowley@secillaw.com>
**Sent:** Tuesday, August 22, 2023 10:04 PM
**To:** Aloi, Elizabeth (USADC) <EAloi@usa.doj.gov>; Crabb, John D. (USADC) <JCrabb@usa.doj.gov>
**Cc:** 'Stan Brand' <stanleymbrand@gmail.com>; stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>; john.irving@earthandwatergroup.com <john.irving@earthandwatergroup.com>; jrowley@secillaw.com <jrowley@secillaw.com>
**Subject:** [EXTERNAL] USA v. Navarro (Proposed Stipulation for Elizabeth Harrington's Testimony)

Counsel –

Since our videoconference with Judge Mehta on Friday, August 11, we have had number of conversations with Elizabeth Harrington about her ability to provide a deposition or in-person testimony for our August 28 evidentiary hearing. She told us that she would like to cooperate, but has been concerned that the hearing was running up against her August 29 due date. On August 18, Ms. Harrington's nurse practitioner sent us a note dated August 15 (attached) which stated that it would be unwise for Ms. Harrington to be subjected to the stress inherent in testifying until after her baby has been born and she has time to recover. The situation changed last Sunday, August 20, when Ms. Harrington gave birth to a baby boy. Since she is unable to testify by deposition or in person, we propose that the parties agree to stipulate to the testimony she would provide. We have discussed the stipulation with Ms. Harrington and prepared a proposed stipulation (also attached). Please let us know whether the stipulation is acceptable to the Government so we can update the Court.

Regards,

John P. Rowley III
**SECIL Law PLLC**
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006
T: +1.202.417.8652
E: jrowley@secillaw.com



This e-mail message and any included attachments are from a law firm and may include confidential and legally privileged or otherwise legally protected information that is intended solely for the recipient of this e-mail. Improperly retaining, disclosing, or using this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521.  If you are not the intended recipient, please telephone or email the sender immediately and delete this message and any attachments from your system.