**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) ) ) **v.** ) ) **PETER K. NAVARRO,** ) ) **Defendant.** ) ) | **Criminal No. 1:22-cr-00200-APM** |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**


_____
The Honorable Amit P. Mehta
United States District Court Judge