# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00200-APM |
| | ) |
| **PETER K. NAVARRO,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant Dr. Peter K. Navarro's Motion for Leave to File Under Seal, it is this ___ day of _____, 2023, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Dr. Navarro's Motion *in Limine* and for Disclosure shall be FILED UNDER SEAL by the Clerk of the Court and that said documents shall be remained sealed until further order of the Court.

**SO ORDERED.**

The Honorable Amit P. Mehta
United States District Court Judge