Government's Proposed Limiting Instruction

You have heard evidence that the Defendant referred to executive privilege in his communications with the Select Committee regarding the subpoena for documents and testimony. Questions regarding privilege are matters for the Court. As I will instruct you at the conclusion of the trial, it is not a defense to contempt of Congress that the Defendant did not comply with the subpoena because of his understanding or belief of what the law required or allowed, or because of his understanding or belief that a legal privilege, such as executive privilege, excused him from complying. All that is required is that the Defendant's failure or refusal to comply was deliberate and intentional.