UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : |  |
|---|---|---|
|  | : |  |
| v. | : |  |
|  | : | Crim. No. 22-cr-200 (APM) |
| PETER K. NAVARRO, | : |  |
|  | : |  |
| Defendant. | : |  |

**Government Exhibits**

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
|---|---|---|---|---|---|
| 1 | House Resolution 503 | 9/6 | 9/6 | David Buckley |  |
| 2 | February 9, 2022, Subpoena to Peter Navarro with attachments | 9/6 | 9/6 | David Buckley |  |
| 4 | February 9, 2022, and February 24, 2022, emails between Daniel George and Peter Navarro | 9/6 | 9/6 | Daniel George |  |
| 5 | February 27, 2022, emails between Daniel George and Peter Navarro | 9/6 | 9/6 | Daniel George |  |
| 6 | February 28, 2022, and March 1, 2022, emails between Daniel George and Peter Navarro | 9/6 | 9/6 | Daniel George |  |
| 7 | March 2, 2022, Transcript of Deposition Before the Select Committee (page 1 only) | 9/6 | 9/6 | Marc Harris |  |