# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 22-cr-200 (APM) |
| | ) |
| **PETER K. NAVARRO,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Peter Navarro hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence entered in this case on January 25, 2024.

**[SIGNATURE ON NEXT PAGE]**

Dated: January 25, 2024                    Respectfully submitted,

                                                    */s/ John S. Irving*
John S. Irving (D.C. Bar No. 460068)
E&W LAW, LLC
1455 Pennsylvania Avenue, Northwest, Suite 400
Washington, District of Columbia 20004
301-807-5670 (telephone)
John.Irving@earthandwatergroup.com

                                                 */s/ John P. Rowley, III*
John P. Rowley, III (D.C. Bar No. 392629)
SECIL LAW PLLC
1701 Pennsylvania Avenue, Northwest, Suite 200
Washington, District of Columbia 20006
703-417-8652 (telephone)
jrowley@secillaw.com.com

                                       */s/ Stanley E. Woodward, Jr.*
Stan M. Brand (D.C. Bar 213082)
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, District of Columbia 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Dr. Peter Navarro*

**Certificate of Electronic Service**

I hereby certify that on January 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

        Respectfully submitted,

        */s/ Stanley E. Woodward, Jr.*
        Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
        BRAND WOODWARD LAW, LP
        400 Fifth Street, Northwest, Suite 350
        Washington, District of Columbia 20001
        202-996-7447 (telephone)
        202-996-0113 (facsimile)
        Stanley@BrandWoodwardLaw.com

        *Counsel for Defendant Peter Navarro*